**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:19-po-0258 DMC |
| Plaintiff, | **ORDER** |
| v. | |
| JAMES E. HENNINGER, | |
| Defendant. | |

This matter came on for hearing on January 28, 2020. The Court finds that there are inadequate resources available in Redding to handle this matter and that transfer to Sacramento is therefore appropriate. The Court further determines by a preponderance of the evidence that there are no conditions or combinations of conditions that will reasonably assure the appearance of the defendant as required. In addition, the defendant has a prior record of failure to appear at court proceedings.

///

///

///

///

///

1

IT IS HEREBY ORDERED:

1. This matter is set for arraignment on February 3, 2020, at 1:30 p.m., in Courtroom 4, at 501 I Street, Sacramento, California.

2. Defendant is ordered detained pending the hearing.

3. The U.S. Marshal's Service is ordered to arrange transportation from the Shasta County Jail to Sacramento and produce defendant for hearing on February 3, 2020.

4. The Federal Defender's Office is directed to assist defendant in defense of this matter.

Dated:  January 28, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE