UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
February 3, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAMES E. HENNINGER.

Defendant.

Case No. 3:19-po-00258-DMC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>JAMES E. HENNINGER;</u> Case No.: <u>3:19-po-00258-DMC;</u> Charges: <u>36 CFR 261.10(e)</u> from custody for the following reason:

_____ Release on Personal Recognizance

_____ Bail Posted in the Sum of $ _____

_____ Unsecured Appearance Bond $ _____

_____ Appearance Bond with 10% Deposit

_____ Appearance Bond with Surety

_____ Corporate Surety Bail Bond

**X** (Other): <u>Time served; defendant to be released 2/3/2020.</u>

Issued at Sacramento, California on February 3, 2020 at 2:45 PM

By: _____
Magistrate Judge Dennis M. Cota